UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
********************************
JENNIFER HOHLER,

                Plaintiff,

                                Civil Action No. 23-0489

        v.

KILOLO KIJAKAZI,                        **CONSENT ORDER TO**
COMMISSIONER                      **REMAND PURSUANT TO**
OF SOCIAL SECURITY,               **SENTENCE 4 OF**
                                     **42 U.S.C. § 405(g)**

                Defendant.
********************************

      This matter having been opened to the Court by CARLA B. FREEDMAN, United States

Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United

States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the

Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may

be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through

the undersigned attorney, having consented to the within order and the requested remand, and the

Court having considered the matter,

IT IS on this     28th       day of     November               , 2023 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the

matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in

Melkonyan v. Sullivan, 501 U.S. 89 (1991).


                                      _____
                                      Frederick J. Scullin, Jr.
                                      Senior United States District Judge

United States District Court

The undersigned hereby consent to the form and entry of the within order.

CARLA B. FREEDMAN
United States Attorney

By:    /s Kristina Cohn
Kristina Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone:  212-264-2179
Email: kristina.cohn@ssa.gov

LAW OFFICES OF KENNETH HILLER

/s Justin Goldstein
By:  Justin Goldstein
Attorney for Plaintiff
Law Offices of Kenneth Hiller
6000 N. Bailey Avenue
Suite 1A
Amherst, NY 14226
Phone: 716-564-3288
Email: jgoldstein@kennethhiller.com